UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SAUNDRA JONES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:21-cv-10219-IT |
| MORAN FOODS, LLC, | * | |
| | * | |
| Defendant. | * | |

ORDER OF DISMISSAL
November 10, 2021

Plaintiff Saundra Jones' Amended Complaint [#9] brought claims against Defendant Moran Foods, LLC, and stated that this court had diversity subject matter jurisdiction over the action. Amended Complaint ¶ 16 [#9]. Plaintiff stated that she was a citizen of Massachusetts. Id. ¶ 6. Defendant's Corporate Disclosure Statement [#6] reported that SAL Midco LLC is the sole member of Moran Foods, LLC, and that SAL Topco LLC is the sole member of SAL Midco LLC. In response to the court's Order [#33] directing Defendant Moran Foods, LLC, to provide information concerning the citizenship of SAL Topco LLC, Defendant filed an Affidavit [#34] stating that one of the members of SAL Topco LLC had its principal place of business in Massachusetts between April 17, 2020, and November 3, 2021. Affidavit [#33]. At a November 5, 2021 status conference, counsel for Moran Foods, LLC, confirmed that a citizen of Massachusetts was a member of SAL Topco LLC when both the original and amended complaints were filed.

Accordingly, because there was not complete diversity between the Parties when this action was filed, the court does not have subject matter jurisdiction. See 28 U.S.C. § 1332.

This action is DISMISSED without prejudice and the case is CLOSED.

IT IS SO ORDERED.

Date: November 10, 2021                                    /s/ Indira Talwani
                                                            United States District Judge